In re:                                              Case No. 20-01152-BKM
THEODORE R CARLSON                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: stroude      Page 1 of 2
Date Rcvd: Apr 09, 2021      Form ID: nch13pln      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | THEODORE R CARLSON, 1112 SAN PEDRO DRIVE NE 145, ALBUQUERQUE, NM 87110-6724 |
| 15942710 | +++ | COPPER STATE CREDIT UNION, FKA DEER VALLEY CREDIT UNION, 15458 N. 28TH AVENUE, PHOENIX, AZ 85053-4076 |
| 15942713 | + | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus GA 31908-4064 |
| 15942715 | + | Speady Rapid Cash, 1841 W Northern Ave, Phoenix AZ 85021-5260 |
| 15942717 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis MN 55440-9475 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcynotices@azdor.gov | Apr 10 2021 00:35:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 15942705 | + | Email/Text: backoffice@affirm.com | Apr 10 2021 00:37:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco CA 94104-0720 |
| 15942706 | | Email/Text: bankruptcynotices@azdor.gov | Apr 10 2021 00:35:00 | Arizona Department of Revenue, Attention BK Payment Unit, 2005 N Central Ave, Ste 100, Phoenix AZ 85004-1546 |
| 15942707 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 10 2021 00:55:43 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 15942708 | + | Email/Text: collections@sccfcu.org | Apr 10 2021 00:36:00 | County Federal Credit Union, Attn: Bankruptcy Dept., 1641 N 1st St, Ste 170, San Jose CA 95112-4521 |
| 15942709 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2021 00:57:48 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 15942711 | + | Email/Text: compliance@dontbebroke.com | Apr 10 2021 00:37:00 | Dollar Loan Center, Attn: Bankruptcy, 8860 West Sunset Road, Las Vegas NV 89148-4899 |
| 15942712 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2021 00:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 16025629 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2021 00:57:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15983004 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 10 2021 00:59:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15942714 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 10 2021 00:55:41 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage NY 11804-9001 |
| 16013285 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2021 00:59:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15943189 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2021 00:59:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | | | |
|---|---|---|---|---|
| 15942716 | + Email/Text: bankruptcy@speedyinc.com | Apr 10 2021 00:36:00 | Speedy Cash, PO Box 780408, Wichita KS 67278-0408 |
| 16014776 | + Email/Text: bncmail@w-legal.com | Apr 10 2021 00:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15946892 | *P+++ | COPPER STATE CREDIT UNION, FKA DEER VALLEY CREDIT UNION, 15458 N. 28TH AVENUE, PHOENIX, AZ 85053-4076 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 11, 2021              Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| RUSSELL BROWN | ecfmailclient@ch13bk.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor THEODORE R CARLSON documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

FORM nch13pln  
REVISED 06/04/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                          Case No.: 2:20−bk−01152−BKM

THEODORE R CARLSON                Chapter: 13  
1112 SAN PEDRO DRIVE NE 145  
ALBUQUERQUE, NM 87710  
SSAN: xxx−xx−5742  
EIN:

Debtor(s)

### NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

    Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan. Pursuant to Local Rules 2084−9 and 2084−10, plan confirmation is governed by the following procedures:

1.    Any objection by a creditor to the plan must be in writing and filed within the Bankruptcy Court, and copies served on the following parties, no later than 14 days after the original date set for the meeting of creditors, or any continuance thereof, or reinstatement of the case, or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
| Address of Trustee | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012−1965 |
| Address of Debtor(s) | THEODORE R CARLSON<br>1112 SAN PEDRO DRIVE NE 145<br>ALBUQUERQUE, NM 87710 |
| Address of Debtor(s) Attorney | THOMAS ADAMS MCAVITY<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street<br>Skokie, IL 60076−2780 |

− − − **NOTICE CONTINUES ON NEXT PAGE** − − −

2.  The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.  If creditors file no objections and the Trustee recommends confirmation, the Court may confirm the Plan without a hearing.

4.  If a creditor files an objection and/or the Trustee does not recommend confirmation, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.  **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

Date: April 9, 2021

Address of the Bankruptcy Clerk's Office:  
U.S. Bankruptcy Court, Arizona  
230 North First Avenue, Suite 101  
Phoenix, AZ 85003−1727  
Telephone number: (602) 682−4000  
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

George Prentice