Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 13 |
| THEODORE R. CARLSON, | Case No. 2-20-bk-01152-BKM |
| | **TRUSTEE'S RECOMMENDATION** |
| | Deadline is June 25, 2021 |
| Debtor. | |

The Trustee has reviewed the First Modified Chapter 13 Plan. The Modification proposes the following changes to the Confirmed Plan:

(1) The Plan payment schedule has been revised.

(2) The Debtor's plan provides that the Debtor will surrender 2010 Ford Focus to secured creditor Deer Valley Credit Union. If not already done, the Debtor must in fact transfer possession of the collateral to the creditor. The order confirming the plan is to state that the Debtor has transferred possession of or will immediately transfer possession of the 2010 Ford Focus to Deer Valley Credit Union, the Debtor shall make no post-petition payments to Deer Valley Credit Union on the secured debt, and Deer Valley Credit Union shall accept no post-petition payments from the Debtor on the secured debt.

(3) Prior to the modified plan's proposal to surrender the vehicle, the Trustee disbursed **$975.00** to Deer Valley Credit Union.

(4) Debtor's attorney has requested an additional $1,500.00 for the preparation and confirmation of the modified plan.

(5) In all other aspects the Plan as confirmed on September 16, 2020, remains the same.

(6) The original stipulated order confirming plan provides the following language: Before the plan may be deemed complete and the Debtor granted a discharge, the plan must pay 100% of allowed unsecured claims. The modified plan fails to address the 100% language. If the Debtor is seeking to pay less than 100% to allowed unsecured claims then a second modified plan needs to be filed, which clearly provides that the modified plan is being filed to remove the 100% payment requirement. The plan as proposed does not have sufficient funding to pay 100% of allowed unsecured claims.

(7) The Trustee requires the Debtor to provide two recent and consecutive paystubs.

(8) The Debtor's interim payments are delinquent in the amount of $645.44, with an additional payment of $348.00, coming due on June 4, 2021. The Trustee reminds the Debtor that he or she may access case information from the Trustee's office, such as plan payments received, by going to www.ndc.org. Then, click the box that says Get Started. It's Free! And follow the instructions.

SUMMARY: Pursuant to Local Rule 2084-10(b), by June 25, 2021, Debtor is to resolve all of the above issues and provide the Trustee with a proposed order confirming plan that meets the above requirements, or the Debtor must file an objection to the Recommendation and obtain a hearing date. If neither is accomplished, then the Trustee could file a notice of intent to lodge a dismissal order.

| | |
|---|---|
| 1 | Copy mailed or emailed to: |
| 2 | THEODORE R. CARLSON |
| 3 | 1112 SAN PEDRO DRIVE NORTHEAST<br>145 |
| 4 | ALBUQUERQUE, NM 87710 |
| 5 | ONCETWICEV@GMAIL.COM |
| 6 | PHOENIX FRESH START<br>THOMAS ADAMS MCAVITY |
| 7 | 4131 MAIN STREET<br>SKOKIE, IL 60076-2780 |
| 8 | TOM@NWRELIEF.COM |
| 28 | - 3 - |